UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTANY McGAHEE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVINE BEHAVIORAL SERVICES, ) <br> INC. d/b/a ONE COMMUNITY ) <br> BEHAVIOR HEALTH SERVICES and ) <br> ADIB SHAKIR, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 1:16-CV-01118-ELR |

## DEFAULT JUDGMENT

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff's Motion for Default Judgment against Defendants, and the Court having granted said motion, it is hereby

**ORDERED AND ADJUDGED** that:

a) Plaintiff is granted a judgment against Defendants jointly and severally in the amount of $56,548.53 (which includes $5,197.58 in unpaid overtime, $5,197.58 in liquidated damages, and $46,153.37 in attorneys' fees and costs); and

1

b) Plaintiff is granted a judgment against Defendant Divine Behavioral Services, Inc. d/b/a One Community Behavior Health Services for an additional $4,761.75 (which includes $1,961.75 in regular rate damages and $2,800 in attorneys' fees associated with the regular rate damages).

Dated at Atlanta, Georgia this 18th day of December, 2017.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                        By:   *s/Charlotte Diggs*
                              Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
   December 18, 2017
James N. Hatten
Clerk of Court

By: *s/Charlotte Diggs*
     Deputy Clerk